# 329

No. 38941.—Protest 197837–G of J. E. Bernard & Co., Inc. (New York).

Opinion by Tilson, J.   From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

No. 38942.—Protest 441892–G of Abraham & Straus, Inc. (New York).

Opinion by Tilson, J.   From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

No. 38943.—Protests 457940–G, etc., of L. Mayer Co. (New York).

Opinion by Tilson, J.   From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

No. 38944.—Petition 5572–R of P. H. Volk & Co., Inc. (Baltimore).

Opinion by Kincheloe, J.   Being satisfied that the entry was made without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts, the court granted the petition.

No. 38945.—Protest 824148–G of Wagner-Watrous, Inc. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel and on the authority of United States v. Oppleman (25 C. C. P. A. 168, T. D. 49271) the aneroid barometers in question were held dutiable at 27½ percent under paragraph 372 as claimed.

No. 38946.—Protests 775975–G, etc., of Ralph C. Allen (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel the calculating machines operated by hand, classified at 27½ percent, were held dutiable at only 25 percent under the provisions of paragraph 372 and T. D. 47785. The protests were overruled as to the calculating machines assessed under paragraph 353.